

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00762-CR

**IN RE** State ex rel. Brent **SMITH**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: February 22, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On November 10, 2022, relator filed a petition for writ of mandamus containing a motion for stay. On November 21, 2022, real parties in interest filed a response to relator's petition for writ of mandamus. After considering the petition, real parties in interest response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause Nos. 13632CR and 13760CR, styled *The State of Texas v. Bryan Javier Ramirez Alejo*; Cause No. 13761CR, styled *The State of Texas v. Vicente Oropeza Dominguez*; Cause Nos. 13631CR and 13762CR, styled *The State of Texas v. Carlos Jimenez Vazqzez*; Cause Nos. 13630CR and 13763CR, styled *The State of Texas v. David Jimenez Vasquez*; and Cause Nos. 13629CR and 13784CR, styled *The State of Texas v. Saul Cirino Gregeda*. All of the aforementioned cause numbers are pending in the County Court, Kinney County, Texas, the Honorable Dennis Powell presiding.